In the Matter of CLARKE W. DUNLOP, an Incompetent Person.

ELIZA C. DUNLOP, Individually and as Executrix Named in the Will of CLARKE W. DUNLOP, Deceased, Appellant; GERTRUDE R. HAWES et al., Respondents.

*Matter of Dunlop*, 126 App. Div. 914, appeal dismissed.
(Argued September 29, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May

23, 1908, which dismissed an appeal from a final order of Special Term appointing committees of the person and estate of the incompetent herein.

*O. J. Wells* for appellant.

*Gilbert Ray Hawes* for Gertrude R. Hawes, respondent.

*Harold Swain* and *Hamilton C. Rickaby* for Abraham Stern et al., as committee, respondent.

Appeal dismissed, without costs, on the ground that the appellant has no standing to appeal; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.